1   Julie Cavanaugh-Bill
    Nevada Bar No. 11533
2   CAVANAUGH-BILL LAW OFFICES, LLC
    401 Railroad Street, Suite 307
3   Elko, Nevada 89801
    Phone: (775)753-4357
4   Fax: (775)753-4360
    *Attorney for Plaintiff*
5

6               IN THE UNITED STATES DISTRICT COURT

7               FOR THE DISTRICT OF NEVADA

8
    THOMAS G. SMITTLE
9                                          CASE NO.: 2:08-cv-00787-GMN-LRL
                 Plaintiff(s),
10                                         **STIPULATION AND ORDER TO**
    vs.                                    **DISMISS WITHOUT PREJUDICE**
11
    NEVADA DEPARTMENT OF CORRECTIONS;
12  WARDEN BRIAN WILLIAMS,

13               Defendant(s).
    _____
14
         IT IS HEREBY STIPULATED by and between TIMOTHY ANDREWS, Deputy
15
    Attorney General for the Defendants herein, and JULIE CAVANAUGH-BILL, attorney for the
16
    Plaintiff herein, that the above-referenced proceeding be dismissed without prejudice. This
17
    stipulation is made due to the fact that the relief sought in this action is now moot as applies to the
18
    Petitioner individually as he is no longer incarcerated. Wherefore the parties agree as follows:
19
         1. The above-entitled action shall be dismissed without prejudice; and
20
         2. The parties shall bear their own attorney fees and costs.
21

22       SO STIPULATED this __4th day of __August_____, 2011.
23
    CAVANAUGH-BILL LAW OFFICES, LLC        OFFICE OF THE ATTORNEY GENERAL
24  401 Railroad Street, Suite 307          Grant Sawyer Bldg.
    Elko, Nevada 89801                      555 E. Washington Ave., Ste 3900
25                                          Las Vegas, Nevada 89101
26
27  By:_/s/ Julie Cavanaugh-Bill_____   By:___/s/Timothy F. Andrews_____
        Julie Cavanaugh-Bill                      Timothy F. Andrews
28      Attorney & Counselor at Law               Senior Deputy Attorney General
        Nevada Bar No. 11533                      Nevada Bar No. 8759

1

2

3

### <u>ORDER TO DISMISS WITHOUT PREJUDICE</u>

4

Upon Stipulation by counsel for the parties hereto, and with good cause appearing:

5

IT IS HEREBY ORDERED that the above-referenced matter is dismissed without

6

prejudice.

7

**DATED** this 5th day of August, 2011.

8

9

_____

10

Gloria M. Navarro
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28